# IN THE SUPREME COURT OF THE STATE OF NEVADA

SONIA RODIS,
                    Appellant,
        vs.
BANK OF AMERICA, N.A.,
                    Respondent.

No. 80986

FILED

MAY 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. Appellant's notice of appeal references an order entered on March 14, 2020. However, no order was entered by the district court on that date. The notice of appeal also cites an order entered in the district court on December 17, 2019. That order sets an appeal from justice court for a hearing and establishes a briefing schedule. No statute or court rule authorizes an appeal from an order setting an appeal from justice court for a hearing and establishing a briefing schedule. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Finally, to the extent appellant appeals from the February 26, 2020, order dismissing appeal, this court lacks jurisdiction. The district court has final

20-17467

appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Kenneth C. Cory, District Judge
Sonia Rodis
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk